UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X

DIAMOND DRUMGOOLE, by her parent and natural guardian, ANDREA DRUMGOOLE,

                            Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; and P.O. FOLELY, the individual defendants sued individually and in their official capacities,

                            Defendants.

----------------------------------------------------------------------- X

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS CITY OF NEW YORK & RAYMOND W. KELLY**

07 CV 7703 (SHS) (MHD)

ECF Case

       I, MICHAEL OLIVER HUESTON, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

       1.    I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On September 6, 2007, at approximately 6:45 p.m., I served the summons and complaint in this matter on defendants CITY OF NEW YORK and RAYMOND W. KELLY by delivering a copy of same to SYSTEMS ANALYST SORAYA BONIT, a person of suitable age and discretion at defendants' place of business, within the state, at LAW DEPARTMENT OF THE CITY OF NEW YORK, 100 Church Street, New York, New York. This person is a Black female, approximately 50 years old, and approximately 5' 7" tall.

       2.    Thereafter, on September 6, 2007, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendants at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendants and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:    New York, New York
              September 6, 2007

                                                _____
                                                MICHAEL O. HUESTON (MH 0931)
                                                350 Fifth Avenue, Suite 4810
                                                New York, New York 10118