AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

DIAMOND DROOGOOLE

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 7703 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York and Police Commissioner Raymond Kelly.

I certify that I am admitted to practice in this court.

September 25, 2007
Date

Signature

Robyn N. Pullio          RP 7777
Print Name               Bar Number

100 Church Street, Room 6-305
Address

New York        N.Y.        10007
City            State       Zip Code

(212) 788-1090          (212) 788-9776
Phone Number            Fax Number