USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

DIAMOND DRUMGOOLE, by her parent and natural guardian, ANDREA DRUMGOOLE,

                              Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; and P.O. FOLELY, the individual defendants sued individually and in their official capacities,

                              Defendants.

--------------------------------------------------------- X

**STIPULATION AND ORDER TO AMEND THE COMPLAINT**

07 CV 7703 (SHS) (MHD)

ECF Case

DENISE L. COTE
UNITED STATES DISTRICT JUDGE

       WHEREAS, plaintiff commenced this action by filing a complaint in this matter; and

       WHEREAS, plaintiff, pursuant to Fed. R. Civ. P. 15(a), seeks leave to amend the complaint; and

       WHEREAS, upon reviewing the proposed first amended complaint, defendants consent to the amendments set forth in the proposed the first amended complaint; and

       WHEREAS, by consenting to allow plaintiff to file and serve the first amended complaint, defendants do not waive any of their affirmative defenses, including but not limited to, the statute of limitations defense;

       WHEREAS, the parties have agreed that the defendants shall answer the first amended complaint within thirty days of being served with the first amended complaint;

IT IS HEREBY STIPLUATED AND AGREED, that the complaint shall be amended as set forth in the proposed first amended complaint.

DATED:   New York, New York
         _____, 2007

                           MICHAEL HUESTON, ESQ.
                           *Attorney for Plaintiff*
                           350 Fifth Avenue, Suite 6110
                           New York, New York 10118
                           (212) 643-2900
                           mhueston@nyc.rr.com
                           By:

                           _____
                           MICHAEL OLIVER HUESTON (MH-0931)

                           MICHAEL A. CARDOZO
                           Corporation Counsel for
                           the City of New York
                           *Attorney for Defendants*
                           100 Church Street
                           New York, New York 10007
                           (212) 788-0987
                           By:

                           _____
                           ROBYN N. PULLIO (RP-7777)

SO ORDERED: 12/3/07

_____
HON. SIDNEY H. STEIN
U.S.D.J.

2