```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIAMOND DRUMGOOLE,                           :       07 Civ. 7703 (SHS)

               Plaintiff,           :

           -against-                           :       ORDER

THE CITY OF NEW YORK, *ET AL.*,              :

              Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     There will be a mid discovery status conference on January 18, 2008, at 10:30 a.m.; and

      2.     The last day for completion of discovery is February 29, 2008.

Dated: New York, New York
       November 30, 2007

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.