UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

DIAMOND DRUMGOOLE, by her parent and natural guardian, ANDREA DRUMGOOLE,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; and P.O. ROBERT N. FOLEY, Shield # 24963, the individual defendants sued individually and in their official capacities,

                                              Defendants.

------------------------------------------------------------------------ X

**DECLARATION OF SERVICE OF FIRST AMENDED COMPLAINT ON DEFENDANTS CITY OF NEW YORK & KELLY**

07 CV 7703 (SHS) (MHD)

       I, MICHAEL OLIVER HUESTON, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

       1.     I am not a party to this action. I am over 18 years of age, and I reside in the State of New York. On December 7, 2007, at approximately 10:56 a.m., I served the first amended complaint in this matter on the counsel of record, Robyn Nicole Pullio, Esq., attorney for defendants CITY OF NEW YORK, and RAYMOND W. KELLY by electronically filing a copy of same with this Court.

Dated:     New York, New York
               December 7, 2007

                                                            _____
                                                            MICHAEL O. HUESTON (MH 0931)
                                                            350 Fifth Avenue, Suite 4810
                                                            New York, New York 10118