# MICHAEL HUESTON
### ATTORNEY AT LAW



350 FIFTH AVENUE
EMPIRE STATE BUILDING
NEW YORK, NY 10118

Tel: (212) 643-2900
Fax: (212) 643-2901
Email: mhueston@nyc.rr.com

January 15, 2008

BY HAND
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Drumgoole v. City of New York, et al.</u>, 07 CV 7703 (SHS) (MHD)

Your Honor:

    I represent the plaintiff in the above referenced case. I write to request an adjournment of the parties' January 18, 2008, 10:30 a.m., status conference. Defendants consent to this request. This is plaintiff's first request for an adjournment. The parties propose the following adjournment dates if they are convenient to the Court: January 23, 2008, January 25, 2008 (except for the hours of 12:00 p.m. to 1:30 pm.), and January 31, 2008.

    This adjournment is necessary because the Honorable Sterling Johnson has scheduled my client, defendant Mr. Andre Washington, to be sentenced on January 18, 2008 starting at 9:30 a.m. in the case entitled <u>United States v. Medina, et al.</u>, Cr. No. 04-380 (SJ) (S-2) (E.D.N.Y.).

Respectfully submitted,

Michael O. Hueston (MH 0931)

*The conference adjourned to 1/25/08 at 10:30 a.m.*

SO ORDERED 1/17/08

SIDNEY H. STEIN
U.S.D.J.

Cc: Robyn N. Pullio, Esq. (by facsimile)