USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIAMOND DRUMGOOLE by her parent and   :   07 Civ. 7703 (SHS)
natural guardian, Andrea Drumgoole,

                     Plaintiff,    :

     -against-    :   ORDER

THE CITY OF NEW YORK, *ET AL.*,    :

                    Defendants.   :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The next conference will be held on March 28, 2008, at 2:30 p.m.; and

    2.    The last day for completion of discovery is extended to March 28, 2008.

Dated: New York, New York
       January 25, 2008

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.