USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DIAMOND DRUMGOOLE, by her parent and natural guardian, ANDREA DRUMGOOLE,

                  Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; and P.O. FOLELY, the individual defendants sued individually and in their official capacities,

                  Defendants.

------------------------------------------------------------ X

**STIPULATION AND ORDER TO AMEND THE FIRST AMENDED COMPLAINT**

07 CV 7703 (SHS)(MHD)

ECF Case

SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

    WHEREAS, plaintiff commenced this action by filing a complaint in this matter; and

    WHEREAS, plaintiff, pursuant to Fed. R. Civ. P. 15(a), seeks leave to amend the first amended complaint; and

    WHEREAS, upon reviewing the proposed second amended complaint, defendants consent to the amendments set forth in the proposed the second amended complaint; and

    WHEREAS, by consenting to allow plaintiff to file and serve the second amended complaint, defendants do not waive any of their affirmative defenses, including but not limited to, the statute of limitations defense;

    WHEREAS, the parties have agreed that the defendants shall answer the second amended complaint within thirty days of being served with the second amended complaint;

IT IS HEREBY STIPULATED AND AGREED, that the complaint shall be amended as set forth in the proposed second amended complaint.

2) The last day of discovery is extended to 4/25/08, and

3) The 3/28/08 conference is adjourned to 4/25/08, at 10:30a.m.

DATED: New York, New York
February 12, 2008

MICHAEL HUESTON, ESQ.
*Attorney for Plaintiff*
350 Fifth Avenue, Suite 4810
New York, New York 10118
(212) 643-2900
mhueston@nyc.rr.com
By:

MICHAEL OLIVER HUESTON (MH-0931)

MICHAEL A. CARDOZO
Corporation Counsel for
the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 788-0987
By:

ROBYN N. PULLIO (RP-7777)

SO ORDERED: 2/15/08

HON. SIDNEY H. STEIN
U.S.D.J.

2