UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DIAMOND DRUMGOOLE, by her parent and natural guardian, ANDREA DRUMGOOLE,

                              Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; P.O. ROBERT N. FOLEY, Shield # 24963; and P.O. CHRISTOS DEFTEREOS, Shield # 20364 the individual defendants sued individually and in their official capacities,

                              Defendants.

**DECLARATION OF SERVICE OF SECOND AMENDED COMPLAINT ON DEFENDANTS CITY OF NEW YORK, KELLY & FOLEY**

07 CV 7703 (SHS) (MHD)

------------------------------------------------------------------------X

       I, MICHAEL OLIVER HUESTON, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

       1.    I am not a party to this action. I am over 18 years of age, and I reside in the State of New York. On February 28, 2008, at approximately 12:13 p.m., I served the second amended complaint in this matter on the counsel of record, Robyn Nicole Pullio, Esq., attorney for defendants CITY OF NEW YORK, RAYMOND W. KELLY, and P.O. ROBERT N. FOLEY by electronically filing a copy of same with this Court.

Dated:     New York, New York
               February 29, 2008

                              ____s/_____
                              MICHAEL O. HUESTON (MH 0931)
                              350 Fifth Avenue, Suite 4810
                              New York, New York 10118