UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 2 08
```

DIAMOND DRUMGOOLE, by her parent and natural
guardian, ANDREA DRUMGOOLE,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK; COMMISSIONER
RAYMOND W. KELLY; P.O. ROBERT N. FOLEY,
Shield # 24963; and P.O. CHRISTOS DEFTEREOS, Shield
# 20364 the individual defendants sued individually and in
their official capacities,

                                        Defendants.

--------------------------------------------------------------------------X

**INFANT COMPROMISE
ORDER**

07 CV 7703 (SHS) (MHD)

SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

Pursuant to Local Civil Rule 83.2, infant plaintiff, through her counsel,

seeks leave to compromise her claims in a Stipulation and Order of Settlement submitted

contemporaneously herewith. Pursuant to the terms of the settlement, infant plaintiff

DIAMOND DRUMGOOLE, d/o/b 11/15/92, will receive the twenty thousand dollars

($20,000.00) in full satisfaction of her federal and state claims.

Upon reviewing the supporting declaration of plaintiff's counsel, the Court

authorizes infant plaintiff to settle her claims as set forth in the Stipulation and Order of

Settlement submitted contemporaneously herewith.

It is further ordered plaintiff's counsel will deduct costs and attorney's

fees owed to his firm from infant plaintiff's settlement in the total amount of $6,927.47;

and that plaintiff's counsel will take all necessary steps to ensure that the $13,072.53 paid

to infant plaintiff will be placed in an interest bearing account or certificate of deposit that

cannot be withdrawn by anyone, including infant plaintiff, until infant plaintiff turns

eighteen years-of-age.

_____
U.S.D.J.


DATED:    New York, New York
               5/1/08    , 2008